**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GMA COVER CORP.,

      Plaintiff,                  Case No. 4:10-cv-12060

vs.                              Honorable Mark A. Goldsmith

SAAB BARRACUDA LLC, a Delaware     Magistrate Paul J. Komives
Limited Liability Corporation,

      Defendant.

---

**STIPULATED ORDER REGARDING EXTENSION OF TIME**

This matter having come before the Court on Stipulation of the parties evidenced below,

and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that Defendant shall have until February 7, 2011, in which to

answer or otherwise respond to Plaintiff's Complaint in this matter.

Dated: January 6, 2011               s/Mark A. Goldsmith
                               MARK A. GOLDSMITH
                               United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 6, 2011.

                               s/Deborah J. Goltz
                               DEBORAH J. GOLTZ
                               Case Manager

**Stipulated to and approved by:**

FLETCHER FEALKO SHOUDY &
FRANCIS PC

s/ William L. Fealko
William L. Fealko (
Attorneys for Plaintiff
522 Michigan St.
Port Huron, MI  48060
(810) 987-8444
(810) 987-8149 – facsimile
*email:*  wfealko@fletcherfealko.com

Dated:  January 4, 2011

BH01\1266973.1
ID\HBI - 107201/0001

DYKEMA GOSSETT PLLC

By:  s/ Howard B. Iwrey _____
    Howard B. Iwrey  (P39635)
    Attorneys for SAAB Barracuda LLC
    39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    (248) 203-0526
    (248) 203-0763 - facsimile
    *email:*  hiwrey@dykema.com