UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GMA COVER CORP.,

    Plaintiffs,

v.      Case No. 10-CV-12060
    HON. MARK A. GOLDSMITH

SAAB BARRACUDA, LLC,

    Defendants.
_____/

## ORDER STRIKING STIPULATION AND PROPOSED ORDER

On February 15, 2011, Plaintiffs' counsel filed a stipulation and proposed order [DE #14]. Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a stipulation and proposed order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation and proposed order at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation and proposed order [DE #14] is STRICKEN.

Dated: February 16, 2011            s/Mark A. Goldsmith
                                                        MARK A. GOLDSMITH
                                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 16, 2011.

                                                        s/Deborah J. Goltz
                                                        DEBORAH J. GOLTZ
                                                        Case Manager