## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

GMA COVER CORP.,

                    Plaintiff,

vs.                                      File No. 2:10-cv-12060-MAG-PJK

SAAB BARRACUDA LLC, a Delaware        Hon. Mark A. Goldsmith
Limited Liability Corporation,            Magistrate Paul J. Komives

                    Defendant.

GARY A. FLETCHER (P26823)
WILLIAM L. FEALKO (P52156)
Fletcher Fealko Shoudy & Francis, P.C.
Attorneys for Plaintiff
522 Michigan Street
Port Huron, Michigan 48060-3811
(810) 987-8444

HOWARD B. IWREY (P39635)
Dykema Gossett, PLLC
Attorneys for Defendant
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 203-0526

### STIPULATED ORDER REGARDING WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) WITHOUT PREJUDICE AND FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT

       This matter having come before the Court on Stipulation of the parties evidenced below, and

the Court being otherwise fully advised in the premises;

       IT IS HEREBY ORDERED that Defendant withdraws its Motion to Dismiss Pursuant to

Fed. R. Civ. P. 12(b)(6) without prejudice;

IT IS FURTHER ORDERED that Plaintiff shall have until March 7, 2011, in which to file its First Amended Complaint;

IT IS FURTHER ORDERED that Defendants shall answer or respond to Plaintiff's First Amended Complaint on or before April 11, 2011, and shall not be required to answer or respond to Plaintiff's original Complaint;

IT IS HEREBY ORDERED that Plaintiff shall have until May 11, 2011, in which to file its response to Defendant's Motion to Dismiss Pursuant to 12(b)(6);

IT IS FURTHER ORDERED that Defendant shall have until June 3, 2011, in which to file its Reply Brief in Support of its Motion to Dismiss Pursuant to 12(b)(6).


Dated: February 16, 2011                           s/Mark A. Goldsmith_____
        Flint, Michigan                            MARK A. GOLDSMITH
                                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 16, 2011.

                                                   s/Deborah J. Goltz_____
                                                   DEBORAH J. GOLTZ
                                                   Case Manager