UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GMA COVER CORP.,

      Plaintiff,

vs.                                            File No. 2:10-cv-12060-MAG-PJK

SAAB BARRACUDA LLC, a Delaware        Hon. Mark A. Goldsmith
Limited Liability Corporation,                 Magistrate Paul J. Komives

      Defendant.
_____

GARY A. FLETCHER (P26823)
WILLIAM L. FEALKO (P52156)
Fletcher Fealko Shoudy & Francis, P.C.
Attorneys for Plaintiff
522 Michigan Street
Port Huron, Michigan 48060-3811
(810) 987-8444

HOWARD B. IWREY (P39635)
Dykema Gossett, PLLC
Attorneys for Defendant
39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 203-0526
_____

**STIPULATED ORDER REGARDING EXTENSION
OF TIME FOR FILING FIRST AMENDED COMPLAINT**

      This matter having come before the Court on Stipulation of the parties evidenced below, and the Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that Plaintiff shall have until March 9, 2011, in which to file its First Amended Complaint.

      IT IS FURTHER ORDERED that Defendants shall answer or respond to Plaintiff's First

Amended Complaint on or before April 13, 2011, and shall not be required to answer or respond to Plaintiff's original Complaint;

IT IS HEREBY ORDERED that Plaintiff shall have until May 13, 2011, in which to file its response to Defendant's Motion to Dismiss Pursuant to 12(b)(6);

IT IS FURTHER ORDERED that Defendant shall have until June 5, 2011, in which to file its Reply Brief in Support of its Motion to Dismiss Pursuant to 12(b)(6).

| | |
|---|---|
| Dated: March 7, 2011<br>Flint, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 7, 2011.

> s/Deborah J. Goltz
> DEBORAH J. GOLTZ
> Case Manager

Stipulated to and approved by:

| FLETCHER FEALKO | DYKEMA GOSSETT PLLC |
| --- | --- |
| SHOUDY & FRANCIS, P.C. | |
| | |
| By: s/William L. Fealko | By: s/Howard B. Iwrey |
| William L. Fealko (P52156) | Howard B. Iwrey (P39635) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 522 Michigan Street | 39577 Woodward Avenue |
| Port Huron, Michigan 48060 | Bloomfield Hills, Michigan 48304 |
| (810) 987-8444 | (248) 203-0526 |
| (810) 987-8149 Fax | (248) 203-0763 Fax |
| email: wfealko@fletcherfealko.com | email: hiwrey@dykema.com |

Dated: March 7, 2011