UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GMA COVER CORP.,

       Plaintiff,

vs.

SAAB BARRACUDA, LLC,

       Defendant.
_____/

Civil Action No.
10-CV-12060

HON. MARK A. GOLDSMITH

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION TO DISMISS, AND (3) DISMISSING THE CASE

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Komives, entered on February 8, 2012. The Magistrate Judge recommends that the Court grant the motion to dismiss filed by Defendant (Dkt. 20). Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the thorough R&R and finds that the Magistrate Judge has reached the correct result for correct reasons.

Accordingly, the Magistrate Judge's R&R (Dkt. 28) is accepted and adopted as the findings and conclusions of the Court. The case is dismissed.

SO ORDERED.

Dated: February 28, 2012　　　　　　　　s/Mark A. Goldsmith
      Flint, Michigan　　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 28, 2012.

　　　　　　　　　　　　　　　　　　　　　s/Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　　　Case Manager